BEN F. LEVIS, Respondent, v. CHARLES W. MARSHALL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH DE LA PENA, Respondent, v. JOHN L. DIAZ, Appellant, Impleaded with Another.— Order modified as indicated in order and as so modified affirmed, without costs. Amended complaint to be served within twenty days from service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRI MAKLES, Appellant, v. EDWARD HUTH and Others, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NATIONAL CLOAK AND SUIT COMPANY, Respondent, v. ASKIN & MARINE COMPANY and Another, Appellants.— Order modified to the extent of striking out of paragraph VII of the complaint all after the words " wrong doings of the defendants hereinafter described;" and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET HASLUP STRAUB, Respondent, v. WALTER MORRIS STRAUB, Appellant.— Order modified by reducing the amount allowed as counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MATTHEW J. WHEELEHAN, Respondent, v. CLARENCE E. BLOCK and Another, Appellants, Impleaded with Others.— Order modified by limiting the injunction to the property which was turned over on settlement of the action of *Block* v. *Block*, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN S. SORENSON and Another, Copartners, etc., Appellants, v. KEESEY HOSIERY COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the examination before trial is not sought upon an issue as to which the defendant has the affirmative. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KIDDIE GARMENT CO., INC., Appellant, v. FAMOUS COMPANY (a Corporation), Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of MARIA LOUISE EWEN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EDITH S. KENNY, Otherwise Known as EDITH S. KINGMAN, v. HENRY S. WILCOX. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRVING FELDMAN v. BENJAMIN F. FEINER, as Executor, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.